IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-23-2158 |
| .025 ACRES MORE OR LESS OF LAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

As directed in the Court's prior Memorandum and Order (ECF Nos. 149, 150), Robert Owens and Steven Harris have filed renewed Motions for Disbursement of Funds (ECF Nos. 151, 152). The Court will grant these Motions as specified below.

The just compensation for 1016 North Payson Street was set at $85,000. (ECF No. 149 at 5.) The Court has already awarded $4,879.17 of that amount to the Mayor and City Council of Baltimore. (*See* ECF No. 150.) As the Court previously explained, this left $80,120.83 for disbursement to Mr. Owens. (ECF No. 149 at 6.) The Court noted that such disbursement to Mr. Owens was likely appropriate, but that he had not provided any evidence of his interest in 1016 North Payson Street. (*Id.* at 6–7.) Mr. Owens has now provided sufficient proof of his ownership interest in the property, in the form of a deed that reflects that Valens, LLC transferred ownership of the property to him. (ECF No. 151-1.) Mr. Owens seeks to be disbursed $80,123.83 plus 100% of the remaining accrued interest. Mr. Owens's Motion will be granted with respect to the request for $80,123.83, but the Court will not disburse 100% of the remaining accrued interest to him. Mr. Harris (whose claim is discussed below) is also entitled to accrued interest, and Mr. Owens's disbursement amount of $80,123.83

represents 48.52% of the funds that remain in the registry of this Court.[1] Mr. Owens will therefore be disbursed $80,123.83 and 48.52% of the remaining accrued interest.

The just compensation for 1002 North Payson Street was set at $85,000. (ECF No. 149 at 2.) As the Court previously noted, although a disbursement of the full $85,000 to Mr. Harris appeared appropriate, Mr. Harris had not provided any evidence of his interest in the property. (*Id.* at 2–3.) Mr. Harris has now provided sufficient proof of his ownership interest in the property in the form of a deed conveying the property to him. (*See* ECF No. 152-2.) Mr. Harris seeks a disbursement of $85,000 plus accrued interest. (*See* ECF No. 152.) The Motion will be granted, and Mr. Harris will be disbursed $85,000 and 51.48% of the remaining accrued interest.

Accordingly, it is ORDERED:

1. With respect to 1016 North Payson Street:
   a. JUDGMENT IS PARTIALLY ENTERED[2] as follows.
   b. Robert Owens's Motion for Disbursement of Funds (ECF No. 151) is GRANTED.
   c. The Clerk is DIRECTED to issue and mail a check in the amount of $80,120.83 plus 48.52% of the remaining accrued interest to Samuel P. Morse, Esq., Whiteford, Taylor & Preston, LLP, 7 Saint Paul Street, Suite 1500, Baltimore, Maryland 21202.
2. With respect to 1002 North Payson Street:
   a. JUDGMENT IS ENTERED as follows.
   b. Steven Harris's Motion for Disbursement of Funds (ECF No. 152) is GRANTED.

---

[1] The Court previously disbursed amounts held in the registry of the Court, plus accrued interest, to other parties in this matter. (ECF No. 150.) Therefore, although Amtrak originally deposited $278,652 with the Court, only $165,120.83 remains. (*See id.*)

[2] Judgment was partially entered with respect to 1016 North Payson Street in the Court's prior Order. (ECF No. 150.) Because this Order fully resolves the disbursement motions with respect to 1016 North Payson Street, judgment is now entered in full with respect to that property.

      c. The Clerk is DIRECTED to issue and mail a check in the amount of $85,000 plus 51.48% of the remaining accrued interest to Nicholas R. McDaniels, Esq., LewisMcDaniels, LLC, 50 Citizens Way Suite 305, Frederick, Maryland 21701.

3. The Clerk is DIRECTED to CLOSE this case.

DATED this __1__ day of October, 2024.

BY THE COURT:

*James K. Bredar*
James K. Bredar
United States District Judge